**No. 41650.**—Protest 938983–G of Mrs. Lieselotte Boss (Pittsburgh).

Opinion by KEEFE, J. It appeared that the articles were imported in a lift van. From the evidence it was found that certain items come within the class that may reasonably be considered as articles of equipment in a household. As to these the claim for free entry under paragraph 1632 was sustained.

**No. 41651.**—Protest 944242–G of Frank P. Dow Co., Inc. (Portland, Oreg.).

Opinion by KEEFE, J. It was established that the articles are ash trays and not included within the term tableware. They were therefore held dutiable at only 70 percent ad valorem under paragraph 212 as claimed.

**No. 41652.**—Protest 949943–G of M. Pressner & Co. (New York).

Opinion by KEEFE, J. The evidence established that the toothpick holders are ornaments such as are used on knick-knack tables and shelves and are not tableware. They were therefore held dutiable at only 70 percent ad valorem under paragraph 212 as claimed.